IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK LUGO,

    Petition,

v.

RANDY GROUNDS,

    Respondent.
_____/

No. C 10-01604 JSW

**ORDER TO SHOW CAUSE**

    Petitioner, Mark Lugo, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## BACKGROUND

    Petitioner was convicted of first degree murder and was sentenced to 25 years to life with the possibility of parole and a one-year determinate weapon term. Petitioner is currently incarcerated state prison in Soledad, California.

## LEGAL CLAIMS

    Petitioner does not challenge the validity of his underlying conviction or the resulting sentence. Rather, Petitioner seeks federal habeas corpus relief by raising the claim that the California Board of Parole Hearings has violated the Due Process Clause of the 14th Amendment to the United States Constitution by its denial of parole to Petitioner. Liberally construed, the claim appears potentially colorable under 28 U.S.C. § 2254 and merit an answer from Respondents.

**CONCLUSION**

For the foregoing reasons and for good cause shown:

1. The Clerk shall serve by certified mail a copy of this Order and the petition, and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.

2. Respondent shall file with the Court and serve on Petitioner, within 60 days of the date of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition.

3. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: May 27, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE